```
              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF KANSAS
                    AT KANSAS CITY

STANDARD FIRE INSURANCE COMPANY,  )
                                  )
            Plaintiff,            )
                                  )
    v.                            ) Case No. 05-CV-2195-KHV/DJW
                                  )
WAYNE SCHMIEDER, et al.,          )
                                  )
            Defendants.           )
```

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Upon Stipulation of the parties (Doc. #7), and for good cause shown, it is hereby,

ORDERED, that pursuant to Rule 41(a)(1)(ii) Fed.R.Civ.P., this cause is dismissed without prejudice. Each party shall bear its own costs.

<u>November 14, 2005</u>                    <u>s/ Kathryn H. Vratil</u>
Date                                  Kathryn H. Vratil
                                      United States District Judge